UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>Plaintiff, )<br>)<br>v. )<br>)<br>**LEFLORE COUNTY, OKLAHOMA; LEFLORE** )<br>**COUNTY DETENTION CENTER PUBLIC** )<br>**TRUST; CARROLL ROGERS, in his** )<br>official capacity as Chairman of )<br>the LeFlore County Board of )<br>Commissioners and in his official )<br>capacity as chairman of the **LEFLORE** )<br>**COUNTY DETENTION CENTER PUBLIC** )<br>**TRUST; FREDDIE COX, as Member of the** )<br>LeFlore County Board of )<br>Commissioners; **LANCE SMITH, as** )<br>Member of the LeFlore County Board )<br>of Commissioners; **BILL SEALE as Vice** )<br>Chairman of the **LEFLORE COUNTY** )<br>**DETENTION CENTER PUBLIC TRUST; CEBERN** )<br>**SCOTT, as Trustee of the LeFlore** )<br>the LeFlore County Detention Center )<br>Public Trust; **PAUL CROFT as TRUSTEE** )<br>of the **LEFLORE COUNTY DETENTION** )<br>**CENTER PUBLIC TRUST; DANNY EDWARDS** )<br>as **TRUSTEE of the LEFLORE COUNTY** )<br>**DETENTION CENTER PUBLIC TRUST.** )<br>Defendants. ) | CIV 05-339-SPS |

**JOINT MOTION FOR ORDER OF FINAL DISMISSAL**

On August 9, 2005, the United States Department of Justice (the "Department of Justice") and the named Defendants ("Defendants") reached a settlement agreement concerning allegations of civil rights violations at the LeFlore County Jail. On August 12, 2005, the United States simultaneously filed a Complaint initiating the present case as well as a Joint Motion for

Conditional Dismissal pursuant to Fed. R. Civ. P. 41(a)(2). The settlement agreement provided for the final dismissal of the Complaint as of August 9, 2009 (or early upon the Defendants' substantial compliance with the settlement agreement), which was included as an exhibit to the Joint Motion for Conditional Dismissal. This Honorable Court entered an Order of Conditional Dismissal on August 23, 2005. The Order provides that the case shall remain on the court's inactive docket and that the court shall retain jurisdiction over the matter until a final dismissal with prejudice is entered.

The Department of Justice has now determined that the Defendants have achieved compliance with every substantive provisions of the Settlement Agreement.

Accordingly, the parties respectfully request that the Court enter the Proposed Order finally dismissing this case with prejudice.

**FOR THE UNITED STATES:**

S/LORETTA KING
SHELDON J. SPERLING          LORETTA KING
United States Attorney       Acting Assistant Attorney General
                             Civil Rights Division

S/SUSAN STIDHAM BRANDON      S/SHANETTA Y. CUTLAR
SUSAN STIDHAM BRANDON        SHANETTA Y. CUTLAR, Chief
Assistant U. S. Attorney     Special Litigation Section
Chief, Civil Division
1200 West Okmulgee
Muskogee, OK  74401          S/TAMMIE M. GREGG
918-684-5100                 TAMMIE M. GREGG
918-684-5130 (fax)           Principal Deputy Chief
OBA #12501                   Special Litigation Section

```
                                        S/JOSHUA C. DELANEY
                                        JOSHUA C. DELANEY
                                        ANDREW J. BARRICK
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Civil Rights Division
                                        Special Litigation Section
                                        950 Pennsylvania Ave., N.W.
                                        Washington, D.C.  20530
                                        (202) 514-6255
                                        (202) 514-0212 (fax)


FOR LEFLORE COUNTY:                     FOR LEFLORE COUNTY DETENTION
                                        CENTER PUBLIC TRUST:



S/JEFF SMITH                            S/DRU WARREN
JEFF SMITH                              DRU WARREN
District Attorney - District 16         ATTORNEY FOR THE TRUST
State of Oklahoma                       P.O. Box 1251
P.O. Box 880                            1809 N. Broadway
Poteau, OK  74953                       Poteau, OK  74953
```